## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 16-30793 |
| | ) | |
| Robert H. Doyle and Karen O. Doyle | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Janet S. Baer |
| | ) | |

## FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this Order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

1. Joint Pretrial Statement: Counsel for all parties are hereby ordered to confer and together prepare and file with the Court on or before March 22, 2019, a **joint document** captioned "Pretrial Statement." The Pretrial Statement must contain the following information:

    a. A brief statement of the theory of each claim and each defense;
    b. A statement of stipulated facts set forth in numbered paragraphs;
    c. A statement of disputed material facts set forth in numbered paragraphs;
    d. Each party's list of witnesses with any objections noted, stating grounds;
    e. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

2. Pretrial Briefs: Each party is further ordered to file a "Pretrial Brief" OF NO MORE THAN 5 PAGES on or before March 22, 2019. Each Pretrial Brief must contain a short statement that sets forth the burden of proof and elements of each claim and each defense, with citations to statutes and cases, if necessary.

3. Exhibits: Each party must provide all other parties a copy, and the Court **two** copies, of all exhibits to be used at trial. Each exhibit must be pre-marked, *e.g.*, "Plaintiff's Exhibit 1." The Court will not consider any exhibit as evidence unless that exhibit has been offered and admitted into evidence at the trial, even if no objections to the exhibit have been raised in the Pretrial Statement.

4. Trial: This matter is set for trial on April 3, 2019, at 10:30 a.m., in Courtroom 615, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. An attorney who is a member of the trial bar under the provisions of Rule 2090-1(B) of the Local Rules of this Bankruptcy Court shall participate in the trial.

ENTER:

Dated: January 18, 2019

Janet S. Baer
United States Bankruptcy Judge