UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-30793
Robert H. Doyle and Karen O. Doyle )
)  Chapter: 13
)  Honorable Janet S. Baer
)
)  Kane
)
Debtor(s) )

**ORDER VACATING FINAL PRETRIAL ORDER,
STRIKING TRIAL DATE, AND RESCHEDULING HEARINGS**

This matter coming before the Court on the Debtors' Joint Motion to Continue Trial and Extend Time to File the Joint Pretrial Statement, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Final Pretrial Order entered at Docket No. 135 is vacated.

2. The April 3, 2019 trial date is stricken.

3. The April 12, 2019 hearings on plan confirmation and the trustee's motion to dismiss are continued to May 3, 2019, at 10:00 a.m.

4. That a status hearing on the claim objection filed at Docket No. 53 is set to take place on May 3, 2019, at 10:00 a.m.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 29, 2019

**Prepared by:**

Colleen G. Thomas/06226227
Thomas Law Office
30 North Western Avenue
Carpentersville, IL 60110
(847) 426-7990
Colleen@CGTLaw.com